**IN RE: ESTATE OF Victor**
**SANGIULIANO**

**Petition of: Debra A. Slack**

**No. 681 MAL 2016**

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**